Registered Mail #: RA 577 134 926 US

**Affidavit supporting Notice of allegations of R.I.C.O. Act violations committed by the SEC, OTC Markets Group and their agents against the Patrick Jevon Johnson Ecclesiastical Estate**

27 July 2022



To:   UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
c/o Barbara M. G. Lynn, Chief Judge,
Karen Mitchell, Clerk of Court, and
The Judicial Administrator
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

From:   Mark Irvin Ritchie
Power of Attorney
Patrick Jevon Johnson Ecclesiastical Estate
1700 Northside Drive, Unit 770
Atlanta, Georgia [30318]

**Affidavit supporting Notice of allegations of R.I.C.O. Act violations committed by the SEC, OTC Markets Group and their agents (SEC) against the Patrick Jevon Johnson Ecclesiastical Estate**

I, Mark Irvin Ritchie Power of Attorney for the Patrick Jevon Johnson Ecclesiastical Estate declares in good faith and to the best of my ability with honor that the Patrick Jevon Johnson Ecclesiastical Estate has been injured and assaulted by the SEC. The injury is caused by the SEC when they violated the R.I.C.O. Act in an effort to extort funds and damage the reputation of the estate without cause. The R.I.C.O. Act was violated by the SEC filing a complaint against the said estate without having a claim or allegations regarding damages. And by their own admission said they did this to extort funds disguised as civil penalties. Also see Department of Justice report #79628-CDT. Equitable remedy is required.

I, Mark Irvin Ritchie am presenting and arguing this matter as power of attorney for the Patrick Jevon Johnson Ecclesiastical Estate. I am a concerned American of Moor and Hebrew pedigree chose to take this matter on because of the spiritual, criminal, economic and civil danger this issue presents to the American public, American aboriginal men and women

misnomered blacks, colored, African Americans and Negroes and the danger it presents to me personally.

Furthermore, while assisting Patrick Jevon Johnson Ecclesiastical Estate with this matter, Ritchie witnessed the SEC and its agents commit crimes, including using local rules to abrogate federally protected rights and deny equal access to justice. I am not a B.A.R. Attorney nor do I aspire to be one. The B.A.R. is not required to secure justice nor is the B.A.R. the republic form of government and therefore cannot be used to block our access to justice.

Also, to date, the SEC has failed to deliver a confirmed injured party with allegations that the injury was caused by anyone associated with the Patrick Jevon Johnson Ecclesiastical Estate.

The SEC has failed to deliver any quantifiable damaged property with an owner alleging that the damage was caused by anyone associated with the Patrick Jevon Johnson Ecclesiastical Estate.

The SEC has failed to deliver anyone claiming the presence of a valid contract entered into knowingly, voluntarily, willingly and with full disclosure of the expectations of both parties with clearly expressed consequences for failure to meet those expectations, and allegations of failure on the part of someone associated with the Patrick Jevon Johnson Ecclesiastical Estate's breach of said contract with a specifically expressed and provable dollar amount of damages.

The SEC has also failed to file a valid cause of action with the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION regarding case number 2:20-CV-08985, et al.

At issue is the question, "Did the SECURITIES EXCHANGE COMMISSION, OTC and its' agents (SEC) violate the R.I.C.O. Act by acting against the ecclesiastical estate of Patrick Jevon Johnson? This Power of Attorney emphatically says, "Yes."

The rule being violated is "Racketeering": "racketeering activity" means (A) any act or threat involving, extortion; (B) any act which is indictable under any of the following provisions of title 18, United States Code: sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1503 (relating to obstruction of justice), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1951 (relating to interference with commerce, robbery, or extortion) and section 2319 (relating to criminal infringement of a copyright).

The many allegations expressed in this affidavit have been expressed to the SEC and the SEC has not disputed nor is rebutting the allegations, which raises concerns about their using the courts in a way that threatens the integrity of the judiciary.

The SEC trespassed the Patrick Jevon Johnson Ecclesiastical Estate (the estate) by impersonating an agency of the republic form of government. Several R.I.C.O. Act violations occurred despite many warnings and the SEC acted under color law without filing a valid cause of action.

The R.I.C.O. Act violations occurred began with the halt of the securities (OTC: CHIT, OTC: PDXP, and OTC: VICT) in February of 2018 when the SEC used a myriad of Federal crimes to coerce the ceding of rights under color of law, intimidation and duress including a lifetime ban from participating in the securities industry as an officer and director, so that funds would be fraudulently stolen and commerce would be prohibited into perpetuity, pursuant to the SEC's demands for relief. The SEC sought to accomplish this by filing a frivolous complaint against the estate in the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, and to further prohibit commerce by colluding with OTC Markets Group Inc. Compliance Analyst Nancy Rodriguez. OTC Markets Group Inc., previously known as **Pink Sheets**, is an American financial market providing price and liquidity information for almost 11,500 over-the-counter (OTC) securities. Due to the SEC Enforcement Action against the estate, OTC Markets Group, Inc. downgraded three companies to an illiquid market tier where its securities are restricted from public viewing and unable to be bought via retail investors. This private market only serves broker-dealer pricing and best execution needs

in securities that are restricted from public quoting or trading. This downgrade damaged the share value of these companies and the shareholders of these securities exponentially, even while two of the three companies were current in their reporting obligations. In late 2019 my resignation was forced from a fourth company, (iBrands Corporation OTC: IBRC) and it was also subsequently downgraded to the same illiquid market tier where the securities are restricted from public view. There are email communications between myself and OTC Markets Group Inc. Compliance Analyst Nancy Rodriguez stating that her employer, OTC Markets Group Inc. refused to do business with iBrands Corporation if Patrick Jevon of the Johnson House (the estate beneficiary) continued to be affiliated with the company due to the SEC's Subpoena Enforcement Action. The estate beneficiary submitted his resignation December of 2019 from iBrands Corporation under protest in order for the company to proceed with its business and to file its current reports. When the filing fees were paid and reports were posted, the company was still not upgraded to current status and our fees were absconded.

I, Mark Irvin Ritchie, hereby tender the following case data for the court's review and evidentiary benefit:

**Court:**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

**Date case was filed:**
September 30, 2020.

**Case Identifiers:**
CASE NUMBERS:
2:20-CV-08985 (First Case Number)
2:20-cv-08985
2:20-cv-8985
2:20-cv-08985-ODW
2:20-cv-08985-ODW-DFM
2:20-cv-08985-FWS-DFMx

**List of each party:**
[P]laintiff – SECURITIES AND EXCHANGE COMMISSION

[P]laintiff – U. S. SECURITIES AND EXCHANGE COMMISSION

[D]efendant – Patrick Jevon Johnson ("Johnson")

[D]efendant – Patrick Johnson ("Johnson")

[D]efendant – Frank Ojogwa Ekejija

[D]efendant – NVC FUND, LLC

[D]efendant – Charles Everett

**The Patrick Jevon Johnson Ecclesiastical Estate claims against the SEC**

***Deprivation of Rights Under Color of Law.*** I bear witness that the estate beneficiary, Patrick Jevon Johnson alleges that the SECURITIES AND EXCHANGE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, OTC MARKETS GROUP, Nancy Rodriguez, Michael Raymond Sew Hoy, Roberto A. Tercero and Manuel Vazquez, (collectively SEC) being part of the federal corporation and not the Republic form of government have and are violating my constitutionally protected rights under color of law pursuant to 18 U.S.C. § 241, 18 U.S.C. § 242, 18 U.S.C. § 245, 18 U.S.C. § 1001 and 42 U.S.C. § 1983.

***R.I.C.O. Act Violations.*** I bear witness that the estate beneficiary, Patrick Jevon Johnson further alleges that the SEC by its own admission are in specific violation of the R.I.C.O. Act: Sew Hoy admitted on document See Case 2:20-cv-08985-ODW-DFM Document 60-1 Filed 03/02/21 Page 1 of 21 Page ID #:466 Page 10 lines 10 and 11 that **"we have no claim nor allegations regarding damages. Rather we seek civil penalties."**

The SEC attorneys and agents have violated 23 federal statutes and ecclesiastical laws in their effort to extort funds from the Patrick Jevon Johnson Ecclesiastical Estate, to date they are undisputed and unrebutted by the SEC and are as follows:

1. R.I.C.O. Act, Racketeering Influence and Corrupt Organizational activity against my ecclesiastical estate and the people of the united States of America (major),
2. Foreign Agent Registration Act of 1938, they are heavily influenced by the private benefits and privileges of the B.A.R. which is not the republic form of government,

S.E.C. Attorneys are B.A.R. members. The S.E.C. Attorneys are members of the B.A.R. and therefore have and continue to commit treason.

3. 17 CFR § 240.10b-5, False and misleading statements for personal enrichment,
4. FRCP 12(b)6, Failure to state a claim upon which relief can be granted,
5. 18 USC 2331 § (5)(B)(i) and (5)(C), domestic terrorism intimidating civilians,
6. 28 USC § 4101 (1), Defamation of character, slander and libel,
7. 28 USC § 4101 (6)(d), a business entity located in the UNITED STATES,
8. 28 USC 3002 § 15a, the UNITED STATES is a federal corporation (not the republic form of government),
9. 28 USC 3002 § 15b, The SEC is an entity created by the UNITED STATES (the federal corporation),
10. 18 USC 241, SEC, the CLERK and the COURT conspiracy to deprive constitutionally protected rights under color of law,
11. 18 USC 242, SEC, the CLERK and the COURT deprived constitutionally protected rights under color of law,
12. 18 USC 245, SEC, the CLERK and the COURT intimidated and interfered,
13. 18 USC 1001, knowingly, willfully concealed truth, deceitful writings,
14. 18 USC 1503, Obstruction of due administration of justice,
15. 67 CJS, Officers § 114, p. 402, Impervious to corrupting influences,
16. 257 USC 419, prohibits the defeat of federally protected rights using local practice, like the Cal. L.R.C.P.,
17. 42 USC 1983, SEC created liability and injury under color of law,
18. The Clean Hands Doctrine, The SEC dishonored Psalms 24:1-4,
19. 18 USC § 1951(a), Interfered with commerce threats on person and property,
20. Exodus 20:15 Thou shalt not steal, SEC attempted to steal civil penalties,
21. Exodus 20:16 & Deuteronomy 5:20 Thou shalt not bear false witness, they are lying about who they are.
22. The SEC also used local practice to block my access to justice, [s]ilenced my filings, and violated my constitutionally protected rights.

23. The SEC used their deceptive platform to constructively steal and expropriate through dubious legal attempts and jurisdiction over the person does not apply relative to an aboriginal, copper colored American.

### *R.I.C.O. Act violations*

The SEC engaged in acts and threats involving robbery, extortion, mail fraud, obstruction of justice (using local practice) and the attempt to collect an unlawful debt.

The SEC R.I.C.O. Act violations occurred by dishonoring 17 CFR § 240.10b-5, using false and misleading statements as well as presumptions of authority and power to force the Patrick Jevon Johnson Ecclesiastical Estate to comply with colorable laws and extort funds disguised as civil penalties. The SEC also presumes that the estate beneficiary believes they are the republic form of government and I bear witness that he does not see the SEC as anything more than a corporation. The SEC is attempting to inflict perpetual restrictions and steal funds based on colorable law. At what point does the corporation and its agents become the republic form of government and have any authority whatsoever to do anything without a valid contract? Never. At what point does a lie about the government become the truth? Never!

The SEC is attempting to extort funds by asserting an inferior claim based on colorable laws, which is prohibited by FRCP 12(b)6 which forbids the granting of relief when the plaintiff fails to state a claim upon which relief can be granted.

The SEC violated 18 USC 2331 § (5)(B)(i) and (5)(C), by using tactics of domestic terrorism and intimidation of civilians to extort funds and restrict commerce.

The SEC performed defamation of character, slander and libel, which is forbidden under 28 USC § 4101 (1). There are "no claims nor allegations regarding damages", according to SEC Attorney Michael Raymond Sew Hoy, no crime has been committed.

28 USC 3002 § 15a, says "the UNITED STATES is a federal corporation" which means it is not the republic form of government. They can lawfully only interact with my estate via

valid contracts that are knowingly, willing and voluntarily entered to with full disclosure, the SEC has no such contract.

28 USC 3002 §§ 15b, The SEC is an entity created by the UNITED STATES federal corporation and therefore must produce a valid contract or must satisfy our prayer for relief herein expressed.

18 USC § 1951(a) prohibits interference with commerce using threats on person and property, which the SEC continued to do even after being advised of their criminal actions by our filings.

18 USC 1503, prohibits Obstruction of due administration of justice, which the SEC committed using local practice.

67 CJS, Officers § 144, p. 402 requires officers of the court to be impervious to corrupting influences, which the SEC violated on several counts. Also see Canon 2(A). The SEC throughout the proceedings violated 257 USC 419 which prohibits the defeat of federally protected rights using local rules, i.e., CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE.

The SEC is in violation of 42 USC 1983, by forcing subjugation under color of law.

The SEC is in strict violation of the Clean Hands Doctrine, Psalms 24:3-4, "Who may ascend to the hill of the LORD? Who may stand in His holy place? He who has clean hands and a pure heart, who does not lift up his soul to an idol or swear deceitfully." The B.A.R. oath is a deceitful, secret oath which has attorneys employing deceit to trespass the ecclesiastical estates of American people.

The SEC is in violation of 18 USC 1951 as they are attempting to seize personal property under color of law using threats and impersonating the Republic form of government as a de jure regulator. By their own admission they are attempting to steal funds from the Patrick Jevon

Johnson Ecclesiastical Estate using false and misleading information. Specifically, they are not the republic form of government, rather they are a corporation, see Clearfield Trust Company vs Ohio and 28 USC 3002 §§ 15a.

The SEC is in violation of ecclesiastical law. Exodus 20:15 Thou shalt not steal, the SEC attempted to steal funds disguised as civil penalties without an injured party, damaged property or a breached contract.

The SEC's ecclesiastical violations continue with actions counter to Exodus 20:16 & Deuteronomy 5:20 Thou shalt not bear false witness. This is defamation of character. The SEC has asserted on the Internet and in the filings that aspects of the Patrick Jevon Johnson Ecclesiastical Estate are not honorable. Meanwhile the SEC is concealing the facts about not being the Republic form of government. The SEC is a corporation with lawyers who are significantly influenced by the B.A.R. which is foreign to the Republic form of government yet controls nearly all lawyers at north America, preventing equal access to justice and inhibiting equal protections under law pursuant to the 14th Amendment of the Constitution of the United States of America.

The SEC also used local practice to block my access to justice, [s]ilenced my filings, and violated the estate beneficiary's constitutionally protected rights. The SEC used the CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE to prevent the alleged [D]EFENDANTS from due process of law. They attempted to accomplish this by [s]triking multiple filings, thereby trespassing the estate beneficiary's constitutionally protected right to be heard in court.

The following is a brief explanation of how committed violations of rights under color of law. The SEC is a commission created by the UNITED STATES federal corporation, 28 USC 3002 §§ 15a and specifically not the republic form of government, 28 USC 3002 §§ 15b. The SEC, operating under color of law, presumption of authority and the general perception of government backed power defamed the character of Patrick Jevon Johnson, the estate beneficiary and the Patrick Jevon Johnson Ecclesiastical Estate which resulted in interfering with commerce

and the attempt to extort funds disguised as civil penalties. After several years of tort actions against my estate, the SEC finally admitted that they had no claims nor allegations regarding damages (see Rule 12 (b) 6, failure to state a claim upon which relief can be granted). The SEC expressed their intention to extort funds by admitting, "Rather we seek civil penalties."

18 USC 241 prohibits the conspiracy to deprive constitutionally protected rights under color of law. The SEC colluded with Nancy Rodriguez, Compliance Analyst at OTC markets, Kiry K. Gray and the U. S. SECURITIES AND EXCHANGE COMMISSION to interfere with commerce and defame the reputation of the ecclesiastical estate of Patrick Jevon Johnson and stop commerce. Evidence suggests that the SEC attorneys or agents may have initiated contact via private B.A.R. membership channels to exert corrupting influences on Judge Otis D. Wright, II to force unfair judgments from the court. This also constitutes the perpetration of a fraud upon the court. The also [s]truck numerous Form COL's filed in this case without explanation.

18 USC 242 prohibits the act of depriving constitutionally protected rights under color of law based on ethnicity. The SEC used their deceptive actions to constructively steal and expropriate, through dubious legal attempts, presume jurisdiction where they have none in law over the ecclesiastical estates nor the living breathing spirit of God expressing as Patrick Jevon Johnson.

18 USC 245 prohibits the use of intimidation to interfere with commerce or the free enjoyment of lawful life, liberty and the pursuit of happiness. These are constitutionally protected rights the SEC fervently sought to disrupt.

18 USC 1001 prohibits the act of knowingly and willfully concealed truth using deceitful writings. The SEC has no constitutional authority to engage in their behaviors without valid contracts, which they don't have. They are also perpetrating a fraud by pretending to be part of the republic form of government, when they are actually only a mere corporation, see Clearfield Trust Co. v. United States, 318 U.S. 363 (U.S. 1943).

42 USC 1983 prohibits the SEC from creating a liability and injury. Their actions have caused liabilities and significant pain and suffering. The SEC by their own admission conducted this fraud to extort funds disguised as civil penalties. The SEC has also damaged the benefits for shareholders, reputations and ruined potential financial rewards.

### Description of relief sought and damages claimed, with computation

The Patrick Jevon of the house of Johnson seeks the following peaceful, equitable relief: The SEC and OTC Markets Group Inc., by halting the trading of securities and the subsequent restricting of commerce, have created billions of dollars in liabilities, loss of business opportunities, business revenues, and committed financings for three (3) companies, loss of investment values for over three thousand (3,000 affected) shareholders, and personal pain and suffering, all of which must be remediated.

The SEC and OTC Markets Group Inc. must be ordered to remove all derogatory indicators, stamps, guidance and advisories from PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT) and any and all companies where Patrick Jevon Johnson is affiliated. The court is asked to permanently enjoin OTC Markets Group Inc. from issuing derogatory statements and indicators against any aspect of the Patrick Jevon Johnson Ecclesiastical Estate and other companies where Patrick Jevon Johnson is affiliated or pay the fees expressed on the UCC 1 #File Number: 067-2022-000745, Monday, January 24, 2022 8:11:59 AM, Gwinnett County Clerk of Superior Court.

It is requested of the court to order (1) a permanent injunction prohibiting the SEC from future violations of the following: FRCP 12(b)6, 17 CFR § 240.10b-5, 18 USC 241, 18 USC 242, 18 USC 245, 18 USC 1001, 42 USC 1983, 18 USC 2331 § (5)(B)(i) and (5)(C), 28 USC § 4101 (1), 28 USC 3002 § 15a, 28 USC 3002 § 15b, 18 USC 1503, 18 USC § 1951(a), 257 USC 419, 67 CJS, Officerso § 114, the FARA of 1938, Exodus 20:15, Exodus 20:16, Deuteronomy 5:20 and the R.I.C.O. Act, (2) The court is asked to require the SEC to publicly retract all derogatory statements about Patrick Jevon Johnson, PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT),

It is requested of the court to order (1) a permanent injunction prohibiting OTC Markets Group Inc. from future violations of the following: FRCP 12(b)6, 17 CFR § 240.10b-5, 18 USC 241, 18 USC 242, 18 USC 245, 18 USC 1001, 42 USC 1983, 18 USC 2331 § (5)(B)(i) and (5)(C), 28 USC § 4101 (1), 28 USC 3002 § 15a, 28 USC 3002 § 15b, 18 USC 1503, 18 USC § 1951(a), 257 USC 419, 67 CJS, Officers § 114, the FARA of 1938, Exodus 20:15, Exodus 20:16, Deuteronomy 5:20 and the R.I.C.O. Act. (2) The court is asked to order OTC Markets Group Inc. to issue a full retraction to Johnson and return the companies, PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT) and iBrands Corporation (OTC: IBRC) to their original "Pink" Designations once each company has completed new applications, paid its fees, and are compliant with rule 15c211.

The court is asked to Order the SEC to satisfy the damages listed below for their multiple crimes, deceptions and harm caused by their colorable actions in violation of the R.I.C.O. Act.

Computations for the damages asked are as follows for losses and remedy:

| | |
|---|---:|
| Four years of losses | $210,000,000 |
| Ecclesiastical Remedy is 7 times per Proverbs 6:31 | 7 |
| TOTAL | $1,470,000,000 |

Discovery was never complete, the SEC has and continues to refuse to answer the estate beneficiary's filed interrogatories. Their refusal and failure to answer is hidden behind the CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE. This is using local practice to violate federally protected rights, i.e., due process of law. The interrogatories will be used during discovery for this case, the court is beseeched to mandate compliance.

The court has already defaulted Patrick Jevon Johnson with no determined or justified civil penalties because the SEC's demands are "unsubstantiated" also the demands for civil penalties were characterized as "plucked from thin air" pursuant to Judge Otis D. Wright, II. My motion for Set Aside has been dishonorably rejected based on local rules of civil procedure by the court like many of my other filings. There is still no injured party nor allegations regarding damages.

The estate beneficiary, Patrick Jevon Johnson now requests the court to require the SEC to honor and accept the settlement obligations for their infractions of law and commerce since they have failed to answer the interrogatories by 20 May 2022, 5:00 PM CST. The Court and the SEC have my claim demanding One Billion Four Hundred Seventy Million USD ($1,470,000,000), see document "Case 2:20-cv-08985-ODW-DFM Document 77 Filed 05/30/21 Page 1 of 24 Page ID #:747." The $1,470,000,000 demand is substantiated according to the filed claim and also expressed as follows:

| | |
|---|---:|
| Four years of losses | $210,000,000 |
| Ecclesiastical Remedy is 7 times per Proverbs 6:30-31 | 7 |
| TOTAL | $1,470,000,000 |

The sevenfold multiple is based on Proverbs 6:30-31.
[30]*Men do not despise a thief, if he steal to satisfy his soul when he is hungry,* [31]*But if he be found, he shall restore sevenfold; he shall give all the substance of his house.*

The SEC failed to answer my interrogatories by May 20, 2022, 5:00 PM PST thus consented to my demands as recompense for their 21 unrebutted crimes.

**I explicitly reserve all my rights in all situations into perpetuity without exception pursuant to UCC 28 §1-308, Public Law 28:1-207 (1963).**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

Dated 27 July 2022

Mark-Irvin: Ritchie
Power of Attorney for the
Patrick Jevon Johnson Ecclesiastical Estate
UCC 1-308

# NOTARY SECTION

County of Cobb

State of Georgia

I, ___Roberta Dawson___ as a Notary Public do affirm that Mark Irvin Ritchie, the living man whose signature appears on this document is who he says he is. Identity is confirmed by a valid passport shown to me at the time of the signing of this document.

___Roberta Dawson___
Notary Signature

SEAL

My Commission expires: __08/23/2022__

ROBERTA DAWSON
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Aug. 23, 2022